IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JASON LEOPOLD
1712 Eye Street NW
Suite 915
Washington, DC 20006

    Plaintiff,

        v.

NATIONAL SECUIRTY AGENCY
9800 Savage Road
Fort Meade, MD 20755

    Defendant.

Case No. 16-cv-02258-KBJ

## SECOND DECLARATION OF DAVID J. SHERMAN

I, DAVID J. SHERMAN, hereby declare and state:

1. I am currently the Chief of Strategy, Plans, and Policy for the National Security Agency ("NSA" or "Agency"). I have served in this position for one year. Immediately prior to my present assignment, I served for three years as NSA's Associate Director for Policy and Records. In these two positions, I am and have been responsible for oversight of NSA's Freedom of Information Act/Privacy Act Office (FO). This office has primary responsibility for responding to requests for NSA records made pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. In my 26 years with NSA prior to these two assignments, I have held various leadership positions throughout the agency and have a detailed understanding of its operations, management processes, and resources.

2. NSA's FO currently has 29 NSA civilians and contractors whose collective mission is to effectively plan, develop, direct, and manage responses to requests for access to NSA records and information pursuant to the FOIA, as amended by the OPEN Government Act of

2007, the OPEN FOIA Act of 2009, and the FOIA Improvement Act of 2016; the Privacy Act of 1974; Executive Order 13526; Presidential, Department of Defense, Office of the Director of National Intelligence, and NSA policies and procedures; judicial decisions; and Presidential and Congressional directives.

3. I am also a TOP SECRET classification authority pursuant to Executive Order (E.O.) 13526, which includes intelligence activities (including covert actions), intelligence sources and methods, or cryptology. See E.O. 13526 § 1.4(c) dated 29 December 2009 (75 Fed. Reg. 707). The statements contained in this declaration are based on my personal knowledge, upon information provided to me in my official capacity, and on conclusions and determinations reached and made in accordance therewith.

4. Due to the nature of my official duties, I am familiar with NSA's procedures for responding to requests for information pursuant to the FOIA and the Privacy Act. Specifically, I am familiar with NSA's response to Plaintiff's three (3) FOIA requests for information amounting to over 22,200 pages of responsive documents.

5. The NSA submits this second declaration in support of its reply to Plaintiff's opposition memorandum in the instant litigation.

6. As previously noted, the FO tasked NSA's OIG on June 21, 2016, to search for documents responsive to Plaintiff's request in case 79204. The OIG's search returned approximately 8,488 pages of potentially responsive documents. (Sherm. Decl. ¶ 31.)

7. All of the allegations of misconduct investigated by NSA's OIG during calendar years 2013 and 2014 were substantiated or partially substantiated.

8. Thus, limiting Plaintiff's request in case 79204 to cases where misconduct was substantiated, does not narrow the scope or reduce the overall page count of that request.

I declare under penalty of perjury that the foregoing is true and correct. Executed, this 05th day of May 2017, pursuant to 28 U.S.C. § 1746.

DAVID J. SHERMAN
Chief, Strategy, Plans, and Policy
National Security Agency