**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| JASON LEOPOLD, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 16-cv-2258 (KBJ) |
| NATIONAL SECURITY AGENCY, | ) ) ) | |
| Defendant. | ) ) | |

## **ORDER**

In this lawsuit under to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, Plaintiff Jason Leopold seeks an order compelling the National Security Agency ("NSA") to produce all concluding documents from Office of Inspector General investigations regarding misconduct during the years 2013, 2014, 2015, and 2016 (*see* Compl. ¶¶ 12, 18), as well as all of the Office of Inspector General semi-annual reports for the last 11 years (*see id.* ¶ 15). The NSA has conducted a search for responsive records, and that search "has yielded approximately 22,234 responsive pages for processing in this case." (Joint Status Report, ECF No. 7, ¶ 4.) The NSA represents that it has a significant backlog of FOIA requests and is making diligent efforts to process Plaintiff's requests given their complexity and the large number of responsive pages. (*See* Def.'s Mot. to Stay Proceedings, ECF No. 13-1, at 32–34.)[1] The NSA estimates, based on "the existing demands on [its] finite FOIA resources," "that it can

---

[1] Page-number citations to the documents that the parties have filed refer to the page numbers that the Court's electronic filing system automatically assigns.

process 400 pages of potentially responsive materials per month." (*Id.* at 33; *see also* Third Decl. of David J. Sherman, Ex. 1 to Def.'s Status Report, ECF No. 19-1, ¶ 8.) Although Plaintiff urges the Court to order that the NSA process records at a higher rate, in light of the parties' representations in all of their filings, the Court concludes that 400 pages per month is a reasonable processing rate in this case. Accordingly, it is hereby

**ORDERED** that the NSA shall process the records that are responsive to Plaintiff's requests at a rate of no less than 400 pages per month, and shall produce to Plaintiff all non-exempt material identified to date on the first of each month, beginning on October 1, 2017. It is

**FURTHER ORDERED** that, to assist the Court in monitoring the agency's document production, the NSA shall file a monthly status report, commencing October 8, 2017, and continuing thereafter on the eighth day of each month, until further order of the Court. The required status report shall advise the Court of the following:

(1) the number of pages responsive to Plaintiff's FOIA requests that the NSA has processed to-date, broken down by each of the three requests;

(2) the number of pages that the NSA has produced to Plaintiff to-date, broken down by each of the three requests;

(3) the number of FOIA requests that the NSA is processing as of the date of the status report;

(4) the number of cases pending in federal court in which a production schedule has been entered that requires the NSA to process documents and in which the production is outstanding as of the date of the status report; and

(5) any updates to the number of pages that the NSA has represented it can process monthly with respect to the FOIA requests at issue here.

Finally, it is

**FURTHER ORDERED** that the NSA must **SHOW CAUSE**, on or before September 29, 2017, why the Court should not deem its Motion to Stay (ECF No. 10) to be moot.

DATE:  September 15, 2017                          *Ketanji Brown Jackson*
                                                   KETANJI BROWN JACKSON
                                                   United States District Judge