UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON LEOPOLD, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NATIONAL SECURITY AGENCY, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 16-2258-KBJ |

### DEFENDANT'S RESPONSE TO SHOW CAUSE ORDER

Pursuant to the Court's Order dated September 15, 2017, defendant hereby submits that in light of this Order, defendant's motion to stay at ECF 10 is now moot.

Respectfully submitted,

CHANNING D. PHILLIPS, D.C. BAR #415793
United States Attorney
 for the District of Columbia

DANIEL F. VAN HORN, D.C. BAR #924092
Chief, Civil Division

 /s/ *Marina Utgoff Braswell*
MARINA UTGOFF BRASWELL, D.C. BAR #416587
Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, N.W. - Civil Division
Washington, D.C. 20530
(202) 252-2561
Marina.Braswell@usdoj.gov