# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON LEOPOLD, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 16-2258 (KBJ) |
| NATIONAL SECURITY AGENCY, | ) ) ) |
| Defendant. | ) |

## DEFENDANT'S MONTHLY STATUS REPORT

Pursuant to the Court's September 15, 2017 Order, the National Security Agency (NSA) hereby submits its monthly status report for this Freedom of Information Act (FOIA) suit, covering the topics as ordered by the Court:

(1)   To date, the NSA has partially processed the following number of pages responsive to Plaintiff's FOIA requests:  3101 pages in case 79204; 0 pages in case 79825; and 6324 pages in case 85643.

(2)   To date, the NSA has produced the following number of pages to Plaintiff:  833 pages in case 79204; 0 pages in case 79825; and 0 pages in case 85643.

(3)   The NSA is currently processing 1898 FOIA requests as of the date of this status report.

(4)   There are currently 22 cases pending in federal court, including 7 where a production schedule has been entered that requires the NSA to process documents and in which the production is outstanding as of the date of this status report;

(5)   There are currently no updates to the number of pages the NSA can process

monthly with respect to Plaintiff's FOIA requests at issue here.

                       Respectfully submitted,

                       JESSIE K. LIU,
                       D.C. Bar # 472845
                       United States Attorney
                        for the District of Columbia

                       DANIEL F. VAN HORN,
                       D.C. BAR # 924092
                       Chief, Civil Division


                       /s/ *Marina Utgoff Braswell*
                       MARINA UTGOFF BRASWELL,
                       D.C. BAR #416587
                       Assistant United States Attorney
                       U.S. Attorney=s Office
                       555 4th Street, N.W. - Civil Division
                       Washington, D.C. 20530
                       (202) 252-2561
                       Marina.Braswell@usdoj.gov